THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Georgette Castner |
| | : | |
| v. | : | Crim. No. 19-00218-001 |
| | : | |
| Yusan Powell | : | **ORDER REDUCING TERM OF** |
| | : | **SUPERVISED RELEASE** |

This matter having come before the Court on the application of the United States Probation Office, pursuant to the provisions of Title 18, United States Code, Sections 3583(e) to reduce the defendant's term of supervise release; and the Court having found that the defendant has successfully completed the U.S. District Court's reentry program, ReNew; and for good cause shown;

IT IS on this 1st day of June, 2022, **ORDERED**, that the defendant, Yusan Powell, who successfully completed the Trenton ReNew Court program on May 31, 2022, will have his term of supervised release reduced from three years to two years.

BY THE COURT:

_____
Honorable Georgette Castner
U.S. District Court Judge